IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA

VS.                                    4:19-CR-00114-01-BRW

JIMMIE MCDUFFY

## AMENDED ORDER

The Defendant's Motion for Psychiatric Evaluation under Title 18 of the United States Code, Section 4241(a) (Doc. No. 42) is GRANTED IN PART and DENIED IN PART.

The request for a competency hearing under 18 U.S.C. § 4241(a) is DENIED without prejudice.

The request for an evaluation under 18 U.S.C. § 4241(b) is GRANTED.

Accordingly, Jimmie McDuffy is committed to the custody of the United States Marshal for the Eastern District of Arkansas to await designation of a Bureau of Prisons facility where a competency evaluation will be performed. The United States Marshal for the Eastern District of Arkansas is directed to immediately notify the Court upon receipt of Defendant's facility designation.   Pursuant to 18 U.S.C. § 4241(b) and § 4247(b) and (c), Jimmie McDuffy should be remanded to the custody of the Attorney General or his authorized representative for no more than forty-five (45) days for an examination pursuant to 18 U.S.C. § 4241(b).

IT IS SO ORDERED this 3rd day of September, 2020.

BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE